[No. 28826-9-III.   Division Three.   December 28, 2010.]

HAT TRICK PREMIUM, LLC, *Appellant*, v. BORTON & SONS, INC., *Respondent*.

*Affirmed* by unpublished opinion per Siddoway, J., concurred in by Kulik, C.J., and Brown, J.

[No. 28431-0-III.   Division Three.   December 30, 2010.]

THE STATE OF WASHINGTON, *Appellant*, v. KRISTIN N. BELL, *Respondent*.

*Reversed* and *remanded* by unpublished opinion per Kulik, C.J., concurred in by Brown and Korsmo, JJ.

[No. 28552-9-III.   Division Three.   December 30, 2010.]

JESSICA TURBIN, *Respondent*, v. AARON LOWE, PS, ET AL., *Appellants*.

*Affirmed* by unpublished opinion per Korsmo, A.C.J., concurred in by Sweeney and Brown, JJ.

[No. 64249-9-I.   Division One.   January 3, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL LANDEL DARRINGTON, *Appellant*.

*Dismissed* by unpublished per curiam opinion.